IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KONS, | | |
| | Plaintiff, | 1: 07 CV 00918 YNP SMS (PC) |
| vs. | | ORDER |
| | | |
| S. LONGORIA, et al., | | |
| | Defendants. | |

On October 6, 2009, an order was entered, denying Defendants' motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b).  Accordingly, IT IS HEREBY ORDERED that Defendants shall file a further response to the complaint within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 8, 2009**                             /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

1