IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KONS, | | |
| | Plaintiff, | 1: 07 CV 00918 YNP SMS (PC)PC |
| vs. | | ORDER RE MOTIONS (DOCS 33, 34, 35) |
| S. LONGORIA, et al., | | |
| | Defendants. | |

Plaintiff has filed motions seeking a hearing on the motion to dismiss, and to add exhibits to his opposition to the motion to dismiss. On October 6, 2009, an order was entered, denying the motion to dismiss. Plaintiff's motions are therefore moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for a hearing and to add exhibits are denied as moot.

IT IS SO ORDERED.

**Dated:   October 8, 2009**           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1