IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KONS, | 1:07-cv-0918-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION |
| vs. | ( #55) |
| S. LONGORIA, et al, | |
| Defendants. | |
| _____ / | |

On November 1, 2010, Plaintiff Michael Kons ("Plaintiff") filed a motion seeking reconsideration of the order denying his motion requesting the appointment of counsel. Plaintiff has failed to set forth any arguments that would warrant reconsideration of the Court's previous ruling. See Local Rule 230(j).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   November 5, 2010**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE