# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KONS,<br><br>            Plaintiff,<br><br>vs.<br><br>S. LONGORIA, et al.,<br><br>           Defendants.<br>_____/ | 1:07-cv-00918-SKO-(PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL KONS, CDC #T-35991 PLAINTIFF**<br><br>DATE:  March 8, 2011<br>TIME:   8:00 a.m. |

      **Michael Kons**, inmate, CDC# T-35991, a necessary and material witness for his own behalf in proceedings in this case on March 8, 2011, is confined at California State Prison, Sacramento, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #8, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on March 8, 2011, at 8:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of CSP-Sacramento Prison Road Represa, CA 95671**:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to court.**

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:   January 28, 2011                     /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE