**FILED**

MAR 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KONS, | CASE NO. 1:07-CV-00918-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| S. LONGORIA, et al., | |
| Defendants. | |

Jury trial in this action commenced and concluded on March 8, 2011.

Accordingly, Plaintiff Michael Kons, CDC # T-35991, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is discharged.

IT IS SO ORDERED.

Dated: March 8, 2011

*/s/ Sheila K. Oberto*

SHEILA K. OBERTO

UNITED STATES MAGISTRATE JUDGE

1