

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KONS, | CASE NO. 1:07-cv-00918-SKO PC |
| Plaintiff, | ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS JACK LONEY, CDC# P-28429 |
| v. | |
| S. LONGORIA, et al. | |
| Defendants. | |

A jury trial was held in this matter on March 8, 2011.

Witness Jack Loney, CDC# P-28429, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The witness may be transported back to the prison to which he is assigned

It is so ORDERED.

DATED: 3/8/11

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1