FILED

MAR 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KONS,<br><br>                    Plaintiff,<br><br>     v.<br><br>S. LONGORIA, et al.<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-00918-SKO PC<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WITNESS JOSEPH WILLIAMS, CDC# J-22586 |

A jury trial was held in this matter on March 8, 2011.

Witness Joseph Williams, CDC# J-22586, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The witness may be transported back to the prison to which he is assigned

It is so ORDERED.

DATED: __3/8/11__          _____
                                                SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE

1