```
                                    FILED

                                JUDGMENT ENTERED

                              _____
                                      Date
                            by _____A. Timken_____
                                   Deputy Clerk
                                U.S. District Court
                             Eastern District of California

                            __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
MICHAEL KONS,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:07-cv-00918 SKO (PC)

S. LONGORIA,
B. SYRA,

          Defendant.
_____/
```

JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that

JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS S. LONGORIA AND B. SYRA, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/8/2011.

```
DATED: 3/9/2011                      VICTORIA C. MINOR, Clerk

                                     By:  /S/ Alice Timken
                                              Deputy Clerk
jgm.civ
2/1/95
```